UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JENNA M. DIMARTILE, et al.,

          *Plaintiffs*,

   -against-

ANDREW M. CUOMO, et al.,

          *Defendants*.

**ORDER TO SHOW CAUSE**

20-CV-859

GTS/CFH

---

  Upon the annexed declaration of Adrienne J. Kerwin; declaration of Howard A. Zucker, M.D., J.D.; declaration of Michael G. Bass; the accompanying memorandum of law; and upon all prior proceedings, and sufficient cause having been alleged therefore, pursuant to NDNY Local Rule 7.1(e) let the plaintiffs show cause at a term of this court, to be held on August _____, 2020 at _____, or as soon thereafter as counsel can be heard, why an order should not be made, pursuant to Rules 62(d) of the Federal Rules of Civil Procedure, (1) granting the application by defendants Andrew M. Cuomo, Letitia James and Empire State Development Corporation (collectively "State defendants") for a stay of this court's August 7, 2020 order enjoining the enforcement of the State's 50-person gathering limit at the August 22, 2020 wedding of plaintiffs Giglia and Durolak pending appeal; and (2) granting the State defendants any further relief that the court deems just, proper and equitable; it is hereby

  ORDERED, that sufficient cause having been shown, and the State defendants having filed and served supporting papers electronically on August 11, 2020 using the court's ECF system;

plaintiffs shall file and serve opposing papers no later than August _____, 2020; and defendants shall file and serve reply papers no later than August ____, 2020.

Dated: Albany, New York
       August 11, 2020

                                        _____
                                        Honorable Glenn T. Suddaby