UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JENNA M. DIMARTILE, JUSTIN G. CRAWFORD,
PAMELA GIGLIA, JOE DUROLEK, and
DAVID SHAMENDA

                Plaintiffs,

                **STIPULATION OF**
                **VOLUNTARY DISMISSAL**

       -against-

ANDREW M. CUOMO, LETITIA JAMES,      Civil No. 1:20-CV-00859-GTS-CFH
MARK POLONCARZ, EMPIRE STATE
DEVELOPMENT CORPORATION, and
ERIE COUNTY DEPARTMENT OF HEALTH

                Defendants.

---

**IT HEREBY IS STIPULATED AND AGREED** by, between, and among the undersigned attorneys for all of the parties to this action, none of whom is an incompetent or a minor, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, David Shamenda, voluntarily dismisses the above-entitled action as against each and all of the defendants.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that upon its execution by all the undersigned attorneys for all of the parties hereto, this Stipulation of Voluntary Dismissal may be filed with the Clerk of the Court without any further notice.

s/Phillip A. Oswald
**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
Phillip A. Oswald
Attorneys for Plaintiffs
25 Walton Street
Saratoga Springs, NY 12866
(518) 886-1902
oswald@ruppbaase.com
Date: March 16, 2021

s/ Erin E. Molisani
**MICHAEL A. SIRAGUSA**
**ERIE COUNTY DEPT. OF LAW**
Erin E. Molisani
Attorneys for Erie County Defendants
95 Franklin Street, Room 1634
Buffalo, New York 14202
(716) 858-2208
erin.molisani@erie.gov
Date: March 24, 2021

s/Adrienne J. Kerwin
**LETITIA JAMES, ATTORNEY GENERAL, STATE OF NEW YORK**
Adrienne J. Kerwin
Attorneys for NYS Defendants
The Capitol
Albany, New York 12224
(518) 776-2608
Adrienne.Kerwin@ag.ny.gov
Date: March 17, 2021

SO ORDERED: _____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: March 25, 2021